IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| DIEGO BARRERA ARRIETA, | § | |
| | § | |
| *Petitioner,* | § | |
| | § | |
| VS. | § | |
| | § | |
| BRET BRADFORD, Field Office Director of | § | |
| Enforcement and Removal Operations, Houston | § | |
| Field Office, U.S. Immigration and Customs | § | CIVIL ACTION NO. 9:26-CV-00244 |
| Enforcement; KRISTI NOEM, Secretary of the | § | JUDGE MICHAEL J. TRUNCALE |
| Department of Homeland Security; U.S. | § | |
| DEPARTMENT OF HOMELAND SECURITY; | § | |
| PAMELA BONDI, U.S. Attorney General; | § | |
| EXECUTIVE OFFICE FOR IMMIGRATION | § | |
| REVIEW; ALEXANDER SANCHEZ, Warden of | § | |
| the IAH Secure Adult Facility, | § | |
| | § | |
| *Respondents.* | § | |

## ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The Court has received the Petitioner's Motion for Voluntary Dismissal Without Prejudice filed in the above-styled matter. [Dkt. 9]. In accordance with Federal Rule of Civil Procedure 41(a)(2), Petitioner voluntarily dismisses this matter without prejudice.

It is therefore **ORDERED** that Petitioner's Motion for Voluntary Dismissal Without Prejudice [Dkt. 9] is hereby **GRANTED** and this matter is **DISMISSED WITHOUT PREJUDICE**.

It is further **ORDERED** that the Parties shall bear their own attorney's fees and costs, that all Court dates and deadlines are hereby **VACATED**, and that all other pending motions filed herein are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this case.

**SIGNED this 22nd day of May, 2026.**

_____
Michael J. Truncale
United States District Judge